IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY MARIE BAKER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 21-3672 |

## ORDER

**AND NOW**, this 15th day of April 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall consider the medical records Plaintiff submitted to the Appeals Council and determine anew whether Plaintiff is disabled.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge